UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1805

JOSEPH P. PNIEWSKI, SR.,

Plaintiff - Appellant,

versus

STATE OF WEST VIRGINIA; DEPARTMENT OF HUMAN
RESOURCES; JENIFER PLYMALE; KELLY HARDIN;
DEBRA CAMPBELL; DELPHINE WOLFE; WAYNE COUNTY,
WV; ROBERT G. CHAFIN, Judge; WAYNE COUNTY
PROSECUTOR'S OFFICE; DARRELL PRATT; THOMAS
PLYMALE; VELVET BLAKELY,

Defendants - Appellees.

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Huntington.  Robert J. Staker, Senior
District Judge.  (CA-98-1174-3)

Submitted:  September 9, 1999     Decided:  September 14, 1999

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph P. Pniewski, Sr., Appellant Pro Se.  Charles R. Bailey, Lisa
Jeanette Bray, SHUMAN, ANNAND, BAILEY, WYANT & EARLES, Charleston,
West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Pniewski appeals the district court's order denying his motions to amend his complaint, correct his proposed amended complaint, and appoint counsel, and dismissing his complaint filed under 42 U.S.C.A. § 1983 (West Supp. 1999), 42 U.S.C. § 1985 (1994), and the West Virginia Governmental Tort Claims and Insurance Reform Act (W. Va. Code §§ 29-12A-1 to -18 (Repl. Vol. 1999)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pniewski v. West Virginia, No. CA-98-1174-3 (S.D.W. Va. May 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2